33,336-11

MARCH 2, 2015

KENNETH RAY BROWN #334618
JAMES V. ALLRED UNIT
2101 FM 369 N
IOWA PARK, TX 76367

CLERK OFFICE
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

MOTION DENIED
DATE: U-9-15
BY: P.C.

Re: EX PARTE KENNETH RAY BROWN
    Trial Court Number:348455-F
    Writ Number:

CLERK,

   It has been close to a month since the above styled and trial court numbered has been sent to this court of criminal appeals for filing of the 11.07 writ of habeas corpus application. Therefore, enclosed with this letter is a MOTION for the CLERK to file the writ and thereby issuing a writ number and presenting the writ to the court for consideration.
PLEASE INFORM ME AS TO THE WRIT BEING FILED AND PRESENTED TO THE COURT.

IF THE WRIT HAS NOT BEEN SENT TO THIS COURT, PLEASE INFORM ME OF SUCH.

                                        THANK YOU,

                                        KENNETH RAY BROWN

Abel Acosta, Clerk

MAR 06 2015

COURT OF CRIMINAL APPEALS
RECEIVED IN

CCFILED:

IN THE

COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| EX PARTE | § | WRIT NUMBER: |
| | § | |
| KENNETH RAY BROWN, | § | TRIAL COUNT NUMBER: 348455-F |
| Movant. | | |

MOTION FOR CLERK TO FILE AND PRESENT 11.07 HABEAS
CORPUS TO THE COURT FOR CONSIDERATION PURSUANT TO THE
VOID JUDGMENT EXCEPTION TO THE GENERAL RULE

This motion is to move and urge the Clerk of the Court of Criminal Appeals to file the above styled and trial court numbered in the Court. Thereby issuing a writ number, and presenting the 11.07 habeas corpus application to the Court for consideration as a collateral writ pursuant to the VOID JUDGMENT EXCEPTION TO THE GENERAL RULE. Movant would show the following for this motion request.

I.

According to the facts for this motion. On February 2, 2015 the Judge Presiding, 248th District Court Harris County, Texas ordered the Clerk to prepare a transcript and transmit same to the Court of Criminal Appeals as provided by TEX.CRIM.PROC. Code ANN. art. 11.07 (West 2013). See attached EXHIBIT of the Court Records.

II.

According to 11.071 Section 5 (3)(c) on receipt of the copies of documents from the Clerk, as to the stated documents in the exhibit on page 2. The court of criminal appeals shall determine whether the requirements of Subsection (a) has been satisfied. Also see 11.07 § 4 (a) (West 2013). However, from February 2, 2015, or around Feb. 6, 2015, date exhibit was sent to Brown, and court of criminal appeals. As of this

1

date March 2, 2015. Brown/Movant has not received any information as to his instant 11.07 writ received by the Clerk; filed and given a writ number, or whether the writ has been presented to the court for consideration.

### III.

Therefore, this motion moves and urges the Court and Clerk to comply with the provisions of 11.071 § 5 (3)(c).   However, as to the consideration thereof the provisions 11.071 § 5 (3)(c) and 11.07 § 4(a) that has been recommended by the District Court to dismiss the instant 11.07 writ of habeas corpus application. This motion moves and urges this Court by law to extend its duty/responsibility for the sake of justice as to determining whether the instant 11.07 application submitted Pro Se by Brown/Movant meets the requirements of the VOID JUDGMENT EXCEPTION TO THE GENERAL RULE pursuant to the UNITED STATES CONSTITUTION SIXTH AMENDMENT right to counsel and the UNITED STATES SUPREME'S precedent of GIDEON V. WAINWRIGHT,372 U.S. 335, 83 S.Ct. 792, 9 L.Ed.2d 799(1963) and UNITED STATES V. CRONIC,466 U.S. 684, 653, 104 S.Ct. 2039, 2043 80 L.Ed.2d 657(1984) thereof the UNEQUIVOCAL RULE of State and Federal law that requires State Court to appoint Counsel for the indigent defendant/ appellant at all critical stages of the criminal proceedings. Therefore, in order for the Court to determine as complying with 11.071 § 5(3)(c) AND THE ABOVE STATED RULE concerning the Sixth Amendment. The Clerk must filed and present Brown's 11.07 habeas corpus to the Court.   This motion is to bring the Court's attention to this urgent matter in order to provide Brown's instant 11.07 writ the opportunity to be presented for consideration pursuant to the VOID JUDGMENT EXCEPTION TO THE GENERAL RULE.

Respectfully submitted,

KENNETH RAY BROWN---PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N
IOWA PARK, TX 76367

CCFILED:

2

NO. 348455-F

FILED
Chris Daniel
District Clerk

JAN 29 2015

Time:_____
Harris County, Texas
By_____
Deputy

EX PARTE                          §     IN THE 248TH DISTRICT COURT

                                  §     OF

KENNETH RAY BROWN,
    Applicant                     §     HARRIS COUNTY, TEXAS


**STATE'S PROPOSED FINDINGS OF FACT,
CONCLUSIONS OF LAW, AND ORDER**

The Court has considered the application for writ of habeas corpus, the State's answer and official court records in the above-captioned cause. The Court finds that there are no controverted, previously unresolved facts material to the legality of the applicant's confinement which require an evidentiary hearing and recommends that the instant writ, cause number 348455-F, be dismissed because the applicant has failed to include sufficient specific facts establishing that the current claims could not have been presented previously because the factual or legal basis for the claim was unavailable; or that, by a preponderance of the evidence, but for a violation of the United States Constitution, no rational juror could have found the applicant guilty beyond a reasonable doubt. TEX. CRIM. PROC. CODE ANN. art. 11.07 § 4(a) (West 2013).

THE CLERK IS ORDERED to prepare a transcript and transmit same to the Court of Criminal Appeals as provided by TEX. CRIM. PROC. CODE ANN. art. 11.07 (West 2013). The transcript shall include certified copies of the following documents:

1. The application for writ of habeas corpus;

2. The State's answer;

3. The Court's order;

4. The indictment, judgment and sentence, and docket sheets in cause number 348455;

5. The Court's Findings of Fact and Conclusions of Law; and

6. The State's and Applicant's Proposed Findings of Fact and Conclusions of Law (if any).

THE CLERK is further **ORDERED** to send a copy of this order to the applicant, Kenneth Ray Brown, # 334618 – James V. Allred Unit, 2101 FM 369 North, Iowa Park, Texas 76367; and to counsel for the State, Linda Garcia, 1201 Franklin, Suite 600, Houston, Texas 77002.

**By the following signature, the Court adopts The State's Proposed Findings of Fact, Conclusions of Law and Order in cause no. 348455-F.**

SIGNED this _____ day of __FEB 0 2 2015_____, 2015.

_____
JUDGE PRESIDING, 248TH DISTRICT COURT
HARRIS COUNTY, TEXAS

2

FILED
Chris Daniel
District Clerk

JAN 2 9 2015

Time:_____
Harris County, Texas
By_____
Deputy

NO. 348455-F

| EX PARTE | § | IN THE 248TH DISTRICT COURT |
|---|---|---|
| | § | OF |
| KENNETH RAY BROWN, Applicant | § | HARRIS COUNTY, TEXAS |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that I have served a copy of the *State's Proposed Findings of Fact, Conclusions of Law, and Order* in cause number 348455-F to the applicant on January 29, 2015, by mail as follows:

Kenneth Ray Brown
#334618 – James V. Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367

Linda Garcia
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6657
(713) 755-5240
Texas Bar I.D. #00787163

Prepared by:
Joshua Redelman – Intern

3

STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas certify that
this is a true and correct copy of the original record filed and or recorded
in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this

FEB 26 2015

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy